102 A.3d 422

**Wesley GREEN, [by special Appearance], Petitioner**

**v.**

**COMMONWEALTH of PA., Philadelphia Co., Respondent.**

**No. 137 EM 2014.**

Supreme Court of Pennsylvania.

Oct. 30, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 30th day of October, 2014, the Petition for Writ of Mandamus is **DENIED.**